OAKLAND HEIGHTS MOBILE PARK, INC. *v.* WILFRED LEMIEUX ET AL.
(3949)

DUPONT, C. J., BORDEN and DALY, Js.

Argued April 8—decision released April 29, 1986

*Michael A. Blanchard,* for the appellants (defendants).

*Edward E. Moukawsher,* for the appellant (plaintiff).

PER CURIAM. There is no error.